In the Matter of the Application of W. R. GRACE & Co., for an Order Directing that an Arbitration Proceed between the Said W. R. GRACE & Co., Appellant, and MITSUBISHI SHOJI KAISHA, LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.